**Fill in this information to identify the case:**

Debtor 1 Justin Anthony Elliott

Debtor 2 ______
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Mississippi Gulfport-6 Divisional Office)

Case Number 24-51421-KMS

Official Form 410S1

# Notice of Mortgage Payment Change

**12/25**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplemental to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** PennyMac Loan Services, LLC

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX8076

**Date of payment change:** 11/01/2026
Must be at least 21 days after date of this notice

**New total payment:** $1,863.58
Principal, interest, escrow, if any
*For HELOC payment amounts, see Part 3*

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

☐ No

☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: ______

**Current escrow payment:** $ 421.54 **New escrow payment:** $ 464.60

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☑ No

☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: ______

**Current interest rate:** ______% **New interest rate:** ______%

**Current principal and interest payment:** $ ______ **New principal and interest payment:** $ ______

## Part 3: Annual HELOC Notice

3 **Will there be a change in the debtor`s home-equity line-of-credit (HELOC) payment for the year going forward?**

☑ No

☐ Yes.

**Current HELOC payment:** $______

**Reconciliation amount:** + $______

\- $______

**Amount of next payment (including reconciliation amount)** $______

**Amount of the new payment thereafter (without reconciliation amount)** $______

Debtor 1 Justin Anthony Elliott
First Name Middle Name Last Name

Case number (*if known*) 24-51421-KMS

## Part 4: Other Payment Change

4 **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: ______

**Current mortgage payment**: $ ______ **New mortgage payment:** $ ______

## Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Kim Putnam
Signature

Date 09/25/2026

Print: Kim Putnam
First Name Middle Name Last Name

Title Attorney at Law

Company: Halliday, Watkins & Mann, P.C.

1107 Highland Colony Pkwy, Suite 207
Number Street

Ridgeland, MS 39157
City State Zip Code

Contact Phone (801) 355-2886

Email info@hwmlawfirm.com

**MAILING CERTIFICATE**

The undersigned hereby certifies that on September 25 , 2026, a true and correct copy of the foregoing Notice of Mortgage Payment Change was filed via the CM/ECF system and mailed by first class mail, postage prepaid, or via ECF, to each of the following by the method indicated:

Justin Anthony Elliott
23 Beaver Lake Rd
Purvis, MS 39475
Debtor

United States Trustee
Via ECF

Thomas Carl Rollins, Jr
Via ECF
Attorney for Debtor

David Rawlings
Via ECF
Chapter 13 Trustee

/s/ Kim Putnam
Kimberly D. Putnam

PENNYMAC®

P.O. Box 514387
Los Angeles, CA 900514387

## Escrow Account Disclosure Statement

**Statement Date:** September 2, 2026
**Loan Number:** [redacted]

**Property Address:**
23 BEAVER LAKE RD
PURVIS MS 39475

[redacted]

JUSTIN A ELLIOTT
23 BEAVER LAKE RD
PURVIS, MS 39475-3071

**Questions?** Visit our website @
**PENNYMAC.COM**
800.777.4001 (Se Habla Español)
M - F: 5:00AM - 6:00PM PT
Sat: 7:00AM - 11:00AM PT

## Annual Escrow Account Review

At least once each year, Pennymac Loan Services, LLC ("Pennymac") reviews your escrow account to make sure there is enough money to pay your property taxes and/or insurance premiums. This statement informs you of any adjustments to your monthly payment, shows you how much money you currently have in your escrow account and how much you will need in the next 12 months.

You can also find details about escrow payment changes by logging into your customer portal at PENNYMAC.COM, navigating to the *Escrow Center,* and then to the *Escrow Analysis Payment Change* tool.

## Your New Mortgage Payment

During the next year, your escrow account balance is projected to have a shortage and/or escrow reserve payment (meaning not enough funds to pay your taxes and/or insurance as they come due). See Your Escrow Shortage and/or Reserve section in the following pages for more details.

| Description | Current Monthly Payment Amount | New Monthly Payment Amount with Spread Shortage Over 12 Months |
|---|---|---|
| Principal and Interest | $1,398.98 | $1,398.98 |
| Escrow Payment | $386.60 | $413.03 |
| Escrow Reserve Payment | $34.94 | $51.57 |
| Total Payment Amount | $1,820.52 | $1,863.58 |

Please start making the 'New Monthly Payment Amount' on November 1, 2026. Payments due prior to this date should be made at the 'Current Monthly Payment Amount' shown.

## Projected Escrow Account Activity

Over the next year, Pennymac expects to pay $4,956.40 from your escrow account. Your new monthly escrow payment is $413.03.

| Escrow Item Description | Annual Amount | | Monthly Amount |
|---|---|---|---|
| County Tax: | $1,535.23 | | |
| Hazard Ins: | $2,670.00 | | |
| Mortgage Insurance: | $751.17 | | |
| Total Payments from Escrow: | $4,956.40 | ÷ 12 = | $413.03 |

## Projected Escrow Account Activity (Continued)

Below is a projection of escrow account activity from November 01, 2026 through October 31, 2027. These amounts may change when the actual payments become due.

| Month | Deposit(s) to Escrow | Payment(s) from Escrow | Descriptions | Projected Balance |
|---|---|---|---|---|
| Beginning Escrow Balance | | | | $3,799.22 |
| Nov 2026 | $413.03 | $0.00 | | $4,212.25 |
| Dec 2026 | $413.03 | $0.00 | | $4,625.28 |
| Dec 2026 | $0.00 | $2,670.00 | Homeowners | $1,955.28 |
| Jan 2027 | $413.03 | $0.00 | | $2,368.31 |
| Jan 2027 | $0.00 | $1,535.23 | County Tax | $833.08 |
| Jan 2027 | $0.00 | $751.17 | Mortgage Insurance | $81.91 [1] |
| Feb 2027 | $413.03 | $0.00 | | $494.94 |
| Mar 2027 | $413.03 | $0.00 | | $907.97 |
| Apr 2027 | $413.03 | $0.00 | | $1,321.00 |
| May 2027 | $413.03 | $0.00 | | $1,734.03 |
| Jun 2027 | $413.03 | $0.00 | | $2,147.06 |
| Jul 2027 | $413.03 | $0.00 | | $2,560.09 |
| Aug 2027 | $413.03 | $0.00 | | $2,973.12 |
| Sep 2027 | $413.03 | $0.00 | | $3,386.15 |
| Oct 2027 | $413.03 | $0.00 | | $3,799.18 |
| Ending Escrow Balance | | | | $3,799.18 |
| Totals | $4,956.36 | $4,956.40 | | |

[1] Lowest projected balance.

## Your Escrow Shortage and/or Reserve

Based on the projected activity above, our review shows that you have an additional required balance of $618.95 to satisfy the reserve. See the lowest projected balance in the table above to find out when this will occur.

| | |
|---|---|
| Lowest Projected Balance | $81.91 |
| Minimum Required Balance | $700.86 |
| Escrow Shortage and/or Escrow Reserve | $618.95 |

Pennymac requires a minimum balance up to one-sixth of the estimated total annual payments from your escrow account, unless state law or your mortgage contract requires less, to help cover any unexpected increases in taxes and/or insurance. The minimum required balance does not include mortgage insurance.

## Escrow Account History

The following is the statement of activity in your escrow account from November 01, 2025 through October 31, 2026.

Last year, we anticipated that payments from your account would be made during this period equaling $4,639.22. Your lowest monthly balance should not have exceeded $646.25, or 1/6 of anticipated payments from the account, unless your mortgage contract or state law specifies a lower amount.

The table below shows the Projected and Actual account history for the previous escrow account period.

| | Deposits to Escrow | | Payments from Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Month | Projected | Actual | Projected | Actual | Description | Projected | Actual |
| **Beginning Escrow Balance** | | | | | | $3,706.30 | $3,337.95 |
| Nov 2025 | $421.54 | $0.00 * | $0.00 | $0.00 | | $4,127.84 | $3,337.95 |
| Dec 2025 | $421.54 | $421.54 | $2,424.00 | $2,670.00 * | Hazard Ins | $2,125.38 | $1,089.49 |
| Dec 2025 | $0.00 | $0.00 | $0.00 | $1,535.23 * | County Tax | $2,125.38 | ($445.74) |
| Dec 2025 | $0.00 | $421.54 * | $0.00 | $761.67 * | MIP/PMI | $2,125.38 | ($785.87)[2] |
| Dec 2025 | $0.00 | $421.54 * | $0.00 | $0.00 | | $2,125.38 | ($364.33) |
| Jan 2026 | $421.54 | $0.00 * | $1,453.55 | $0.00 * | County Tax | $1,093.37 | ($364.33) |
| Jan 2026 | $0.00 | $0.00 | $761.67 | $0.00 * | MIP/PMI | $331.70 | ($364.33) |
| Feb 2026 | $421.54 | $421.54 | $0.00 | $0.00 | | $753.24 | $57.21 |
| Mar 2026 | $421.54 | $421.54 | $0.00 | $0.00 | | $1,174.78 | $478.75 |
| Apr 2026 | $421.54 | $421.54 | $0.00 | $0.00 | | $1,596.32 | $900.29 |
| May 2026 | $421.54 | $421.54 | $0.00 | $0.00 | | $2,017.86 | $1,321.83 |
| May 2026 | $0.00 | $421.54 * | $0.00 | $0.00 | | $2,017.86 | $1,743.37 |
| Jun 2026 | $421.54 | $369.69 * | $0.00 | $0.00 | | $2,439.40 | $2,113.06 |
| Jun 2026 | $0.00 | $421.54 * | $0.00 | $0.00 | | $2,439.40 | $2,534.60 |
| Jul 2026 | $421.54 | $421.54 | $0.00 | $0.00 | | $2,860.94 | $2,956.14 |
| Aug 2026 | $421.54 | $421.54 | $0.00 | $0.00 | | $3,282.48 | $3,377.68 |
| Sep 2026 | $421.54 | $0.00 * | $0.00 | $0.00 | | $3,704.02 | $3,377.68 |
| Oct 2026 | $421.54 | $421.54 E | $0.00 | $0.00 | | $4,125.56 | $3,799.22 |
| **Ending Escrow Balance** | | | | | | $4,125.56 | $3,799.22 |
| **Totals** | $5,058.48 | $5,428.17 | $4,639.22 | $4,966.90 | | | |

[2] Lowest actual balance.
An asterisk '*' beside an amount indicates a difference from projected activity, either in the amount or the date.
The letter 'E' beside an amount indicates that the payment has not yet occurred, but is estimated to occur as shown.
At the time of analysis, Pennymac assumes that you will make all scheduled mortgage payments by or before the effective date of your new payment (shown in the Projected Escrow Account Activity section above).

## Other Important Information

| | | | |
|---|---|---|---|
| **How to Contact Us** | PENNYMAC.COM<br>Available 24/7 on all your devices:<br>PC, Tablet, and Mobile.<br>*El sitio web y las declaraciones están disponibles en español.*<br>**Go Paperless today!** | Pennymac Customer Service:<br>800.777.4001<br>M-F: 5:00AM - 6:00PM PT<br>Sat: 7:00AM - 11:00AM PT | Pennymac Loan Services, LLC<br>Attn: Correspondence Unit<br>P.O. Box 514387<br>Los Angeles, CA 90051-4387 |
| **How to Make a Payment** | **Auto-Pay** *: Enroll in Auto-Pay, on our website, to set up recurring payments from the bank account of your choice.<br>**Pay Online:** Make a one-time payment on our website. | **Pay-by-Phone:** 800.777.4001<br>(*Fees may apply to use this service*)<br>**Western Union:**<br>Code City: PennyMac<br>Pay To: PennyMac Loan Services<br>Code State: CA<br>ID Number: *Enter Loan Number* | **Check** **: Mail to Pennymac:<br>**Standard Address:**<br>P.O. Box 30597<br>Los Angeles, CA 90030<br>**Overnight Address:**<br>Attn: Lockbox Operations<br>20500 Belshaw Ave.<br>Carson, CA 90746 |
| **Tax and Insurance Information** | **Property Tax Bills:**<br>If you receive a tax bill, you do not need to take any action. ( **Please note:** Supplemental/ Additional tax bills are the responsibility of the homeowner; Pennymac will pay them from the escrow account upon request.) | **General Insurance Questions:** 866.318.0208<br>**Insurance Information:** Anytime there is a change to your insurance policy please provide your insurance carrier the following information:<br>**Mortgagee Clause:**<br>PennyMac Loan Services, LLC<br>Its Successors and/or Assigns<br>P.O. Box 6618<br>Springfield, OH 45501 6618 | |
| **Credit Reporting Information** | As required by law, you are hereby notified that Pennymac may submit a negative credit report that reflects on your credit record to a credit reporting agency if you fail to fulfill any terms of your credit obligation. | | |
| **Important Consumer Information** | This is an attempt by a debt collector to collect a debt and any information obtained will be used for that purpose. However, if your account is subject to pending bankruptcy proceedings or if you have received a discharge in bankruptcy, this statement is for informational purposes only and is not an attempt to collect a debt against you personally. | | |

**Requests for prior payment adjustments:** To request funds for a prior payment be applied differently, you **must** notify Pennymac within 90 days of the original transaction. After 90 days, we will only change the application of funds if the transaction was applied contrary to your documented instructions.

** If you are enrolled in a Pennymac Auto-Pay program, and received a payment change notification, the new payment amount will be drafted on your scheduled draft date. (The principal curtailment amount will not change.) If you pay via online bill payment, please update the payment amount with your financial institution to ensure timely processing of your payment.*

*** When you pay with a check, you authorize Pennymac either to use information from your check to make a one-time electronic fund transfer (EFT) from your account, or to process the payment as a check transaction. When we use information from your check to make an EFT, funds may be withdrawn from your account on the same day Pennymac receives your payment. Please note that your financial institution will not send back your check. If funds are returned unpaid, a return service charge may be assessed to your loan whether processing your payment as a check or an EFT, as allowed by applicable law.*

In accordance with the Fair Debt Collection Practices Act, 15 U.S.C. section 1692 et seq., debt collectors are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including but not limited to: (i) the use or threat of violence; (ii) the use of obscene or profane language; and (iii) repeated phone calls made with the intent to annoy, abuse, or harass.

**NEW YORK** - If a creditor or debt collector receives a money judgment against you in court, state and federal laws prevent the following types of income from being taken to pay the debt: 1) Supplemental security income (SSI); 2) Social security; 3) Public assistance (welfare); 4) Spousal support, maintenance (alimony) or child support; 5) Unemployment benefits; 6) Disability benefits; 7) Workers' compensation benefits; 8) Public or private pensions; 9) Veterans' benefits; 10) Federal student loans, federal student grants, and federal work study funds; and 11) Ninety percent of your wages or salary earned in the last sixty days. Pennymac Loan Services, LLC is registered with the Superintendent of the New York State Department of Financial Services (Department). You may obtain further information or file a complaint by calling the Department's Consumer Assistance Unit at 1.800.342.3736 or by visiting www.dfs.ny.gov.

**NORTH CAROLINA** - Licensed by the North Carolina Office of the Commissioner of Banks. Complaints regarding the servicing of your mortgage may be submitted to the Office of the Commissioner of Banks, 316 W. Edenton Street, Raleigh, NC 27603, (919) 733-3016. Licensed by the North Carolina Department of Insurance. Permit No. 119504607 - 6101 Condor Drive, Moorpark, CA 93021. Permit No. 119505929 - 14800 Trinity Blvd, Suite 100, Fort Worth, TX 76155. Permit No. 119506567 - 3043 Townsgate Rd, Suite 200, Westlake Village, CA 91361. Permit No. 119506570 - 5025 Plano Parkway, Suite 300, Carrollton, TX 75010. Permit No. 119507419 - 10845 Griffith Peak Drive, Suite 200A, Office 03-116 and 03-119, Las Vegas, NV 89135.

**OREGON** - Borrowers: The Oregon Division of Financial Regulation (DFR) oversees residential mortgage loan servicers who are responsible for servicing residential mortgage loans in connection with real property located in Oregon and persons required to have a license to service residential mortgage loans in this state. If you have questions regarding your residential mortgage loan, contact your servicer at 800.777.4001. To file a complaint about unlawful conduct by an Oregon licensee or a person required to have an Oregon license, call DFR at 888.877.4894 or visit dfr.oregon.gov.

Licensing Information

Equal Housing Opportunity, Pennymac Loan Services, LLC, 3043 Townsgate Rd, Suite 200, Westlake Village, CA 91361, 818.224.7442. NMLS ID # 35953. For licensing information, go to: www.nmlsconsumeraccess.org. Arizona Mortgage Banker License # 911088. Licensed by the Department of Financial Protection and Innovation under the California Residential Mortgage Lending Act. Colorado: Colorado office: 5500 South Quebec Street Suite 260, Greenwood Village, CO 80111, 877.215.2552. Massachusetts Mortgage Lender License # MC35953. Minnesota: This is not an offer to enter into an agreement and an offer may only be made pursuant to Minn. Stat. §47.206 (3) & (4). Licensed by the N.J. Department of Banking and Insurance. Licensed Mortgage Banker-NYS Department of Financial Services. Rhode Island Lender License # 20092600LL. For more information, please visit PENNYMAC.COM/STATE-LICENSES. Not all property types qualify. Some loan products may not be available in all states. Information, property type eligibility, rates and pricing are subject to change without prior notice at the sole discretion of Pennymac Loan Services, LLC. Ask your loan officer for details. All loan programs subject to borrowers meeting appropriate underwriting conditions. This is not a commitment to lend. Other restrictions apply. The information included in this communication is considered confidential and proprietary, and any unauthorized reproduction is prohibited. © 2026 Pennymac Loan Services, LLC, Pennymac and all related marks are trademarks of Pennymac Loan Services, LLC and/or its subsidiaries or affiliates. All rights reserved.